# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-40539
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 16, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Dagoberto Gonzalez, Jr.,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:20-CR-1151-1

———————————————————

Before Smith, Stewart, and Duncan, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Dagoberto Gonzalez, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40539

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.